UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEEP SINGH,<br><br>　　　Plaintiff,<br><br>v.<br><br>TODD M LYONS et al.,<br><br>　　　Defendants. | Case No. 5:25-cv-03600-SB-MAA<br><br>ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [8] |

　　　Petitioner Gurdeep Singh, a 47-year-old citizen of India, has been detained by Immigration and Customs Enforcement (ICE) at the Desert View Facility in Adelanto, California, since December 18, 2025.  On December 30, 2025, he filed a petition for writ of habeas corpus, followed by an emergency ex parte application for a temporary restraining order (TRO).  He seeks immediate release from custody or an order to show cause why a preliminary injunction should not issue.  The government failed to file an opposition despite being warned that failure to do so would result in the TRO being granted.  Dkt. Nos. 9, 12.  Accordingly, the Court grants Petitioner's unopposed application and orders as follows:

1. Respondents are ordered to release Petitioner from custody immediately;

2. Respondents are enjoined from detaining Petitioner until this Court adjudicates Petitioner's motion for a preliminary injunction;

3. Respondents are ordered to appear on February 20, 2026, at 8:30 a.m. in Courtroom 6C to show cause why a preliminary injunction should not issue.

4. Respondents shall file their response to the order to show cause by February 6.  Petitioner shall file his reply, if any, by February 13.

Date: January 28, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

1