UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GURDEEP SINGH,

Plaintiff,

v.

TODD M. LYONS et al.,

Defendants.

Case No. 5:25-CV-03600-SB-MAA

FINAL JUDGMENT

For the reasons stated in the separate order entering a permanent injunction, the Court orders as follows:

Respondents are ENJOINED AND RESTRAINED from redetaining Petitioner absent any of the following:  (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

The clerk is ordered to close the case.  This is a final judgment.

Date: February 25, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1